# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JASON ALAN RUDD,<br><br>      Plaintiff,<br>v.<br><br>RENTGROW, INC., TRANSUNION RENTAL SCREENING, LLC,<br><br>      Defendants. | Case No.: 8:24-cv-131-TPB-AAS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR CLERK TO ISSUE REFUND OF THE COMPLAINT FILING FEE** |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Jason Alan Rudd ("Plaintiff") hereby voluntarily dismisses his claims in this matter against all defendants without prejudice.

Plaintiff respectfully requests that the Clerk of the Court issue a refund for Plaintiff's filing fee, paid on January 12, 2024 (Receipt Number AFLMDC-21655305). Due to a clerical error, Plaintiff's case was filed in error. Additionally, the Defendants have not been served with the complaint nor summonses and the Defendants have not appeared in this action.

RESPECTFULLY SUBMITTED this 1st day of February 2024

                                        **CONSUMER ATTORNEYS**
                                        _/s/ Catherine Tillman_
                                        Catherine Tillman, Esq., (FL Bar No. 0057663)
                                        8245 N. 85th Way
                                        Scottsdale, AZ 85258
                                        T : (941) 263-7310
                                        F: (718) 715-1750

E: ctillman@consumerattorneys.com

*Attorney for Plaintiff*
*Jason Alan Rudd*